## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAREK ELKHOLY** <br> 12440A Liberty Bridge Road <br> Fairfax, VA 22033 <br><br> **ATEF TAWFIK HANNA** <br> 11100 Doubleday Lane <br> Manassas, VA 20109 <br><br> **IMAN GARIBALLA** <br> 6918 Victoria Drive, Unit C <br> Alexandria, VA 22310 <br><br> **MUHAMMAD BASHIR** <br> 3502 Holly Road <br> Annandale, VA 22003 <br><br> **ABDALLA ZAMRAWY** <br> 3701 George Mason Drive, Apt. 2602 N <br> Falls Church, VA 22041 <br><br> *Plaintiffs*, <br><br> v. <br><br> **THE ROYAL EMBASSY OF THE KINGDOM OF SAUDI ARABIA** <br> 601 New Hampshire Ave., N.W. <br> Washington, D.C. 20037 <br><br> and <br><br> **THE KINGDOM OF SAUDI ARABIA** <br><br> *Defendants*. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No.: 1:23-cv-00306-RBW |

## NOTICE OF SPECIAL APPEARANCE

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of Isler Dare, P.C., who is a member in good standing of the District of Columbia Bar and of this Court, hereby enters a

special appearance on behalf of Defendants, the Royal Embassy of the Kingdom of the Kingdom of Saudi Arabia and the Kingdom of Saudi Arabia, to dismiss the Complaint and strike the punitive damages demand in the above-referenced Complaint in their entirety and with prejudice.

Dated: August 2, 2024　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Micah E. Ticatch
　　　　　　　　　　　　　　　　Micah E. Ticatch, D.C. Bar No. 1005398
　　　　　　　　　　　　　　　　ISLER DARE, P.C.
　　　　　　　　　　　　　　　　1945 Old Gallows Road, Suite 650
　　　　　　　　　　　　　　　　Vienna, Virginia 22182
　　　　　　　　　　　　　　　　(703) 748-2690
　　　　　　　　　　　　　　　　(703) 748-2695 (fax)
　　　　　　　　　　　　　　　　mticatch@islerdare.com
　　　　　　　　　　　　　　　　*Attorney Appearing Specially for Defendants*
　　　　　　　　　　　　　　　　*The Royal Embassy of the Kingdom of Saudi Arabia*
　　　　　　　　　　　　　　　　*And The Kingdom of Saudi Arabia*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of August 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

      Sylvia J. Rolinski, Esq.
Rolinski Law Group, LLC
14915 River Road
Potomac, MD 20854
T: (301) 987-0202 (ext. 1)
F: (301) 263-7100
SJR@Rolinski.com
*Counsel for Plaintiffs*


      /s/ Micah E. Ticatch
Micah E. Ticatch, DC Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
mticatch@islerdare.com
*Attorney Appearing Specially for Defendants*
*The Royal Embassy of the Kingdom of Saudi Arabia*
*and The Kingdom of Saudi Arabia*