**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TAREK ELKHOLY**, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | )   **Civil Action No.: 1:23-cv-00306-RBW** |
| | ) |
| **THE ROYAL EMBASSY OF THE** | ) |
| **KINGDOM OF SAUDI ARABIA**, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Defendants, the Royal Embassy of the Kingdom of the Kingdom of Saudi Arabia and the Kingdom of Saudi Arabia, (appearing specially and contesting jurisdiction under the Foreign Sovereign Immunities Act) by and through undersigned counsel and in accordance with Fed. R. Civ. P. 7.1 and Local Rule 26.1, state:

Defendants are "foreign states" as defined in the Foreign Sovereign Immunities Act, 28 U.S.C. § 1603(a).  Accordingly, Defendants have no corporate entity to report under Federal Rule of Civil Procedure 7.1 and Local Rule 26.1.

Dated: August 2, 2024                    Respectfully submitted,

        /s/ Edward Lee Isler
Edward Lee Isler, D.C. Bar No. 417076
Lori H. Turner, D.C. Bar No. 495530
Micah E. Ticatch, D.C. Bar No. 1005398
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
eisler@islerdare.com
lturner@islerdare.com
mticatch@islerdare.com

*Attorneys Appearing Specially for Defendants*
*The Royal Embassy of the Kingdom of Saudi Arabia*
*And The Kingdom of Saudi Arabia*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Sylvia J. Rolinski, Esq.
> Rolinski Law Group, LLC
> 14915 River Road
> Potomac, MD 20854
> T: (301) 987-0202 (ext. 1)
> F: (301) 263-7100
> SJR@Rolinski.com
> *Counsel for Plaintiffs*

> _____/s/ Edward Lee Isler_____
> Edward Lee Isler, DC Bar No. 417076
> ISLER DARE, P.C.
> 1945 Old Gallows Road, Suite 650
> Vienna, Virginia 22182
> (703) 748-2690
> (703) 748-2695 (fax)
> eisler@islerdare.com
> *Attorney Appearing Specially for Defendants*
> *The Royal Embassy of the Kingdom of Saudi Arabia*
> *and The Kingdom of Saudi Arabia*