# EXHIBIT B



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Washington Field Office
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/14/2022

To: Tarek Elkholy
12440A Liberty Bridge Rd
FAIRFAX, VA 22033

Charge No: 570-2021-01131

EEOC Representative and email:   Natnael Worku
Investigator
natnael.worku@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 570-2021-01131.

On behalf of the Commission,

Digitally Signed By:Mindy Weinstein
11/14/2022

Mindy Weinstein
Director

Cc:
Haig Kalbian
ROYAL EMBASSY OF SAUDI ARABIA
601 New Hampshire Ave Nw
Washington, DC 20037

Director of Human Resources
THE EMBASSY OF THE KINGDOM OF SAUDI ARABIA
601 New Hampshire Avenue, N.W.
Washington, DC 20037

Edward L Isler
IslerDare,P.C.
1945 OLD GALLOWS RD STE 650
Vienna, VA 22182

Fahad Nazer
THE EMBASSY OF THE KINGDOM OF SAUDI ARABIA
601 New Hampshire Avenue, N.W.
Washington, DC 20037

Director of Human Resources
ROYAL EMBASSY OF SAUDI ARABIA
601 New Hampshire Avenue, N.W.
Washington, DC 20037

Please retain this notice for your records.