# EXHIBIT C

| | |
|---|---|
| **From:** | OHR.FOIA (OHR) |
| **To:** | Claire Murray; Madison Payne; Lori H. Turner |
| **Cc:** | OHR.FOIA (OHR) |
| **Subject:** | Final Agency Decision- FOIA Request No. 2023-FOIA-04525 (2023-FOIA-04526)- Email 1 of 4 |
| **Date:** | Monday, April 3, 2023 5:40:06 PM |

Good afternoon Claire Murray:

The D.C. Office of Human Rights (OHR) has completed its review of your Freedom of Information Act (FOIA) Request No. 2023-FOIA-04525, and the duplicative FOIA Request No. 2023-FOIA-04526, both received on March 23, 2023 for all documents within OHR's investigative files in complaints against your firm's client, the Embassy of the Kingdom of Saudi Arabia, allegedly filed by Tarek Elkholy, Atef Tawfik Hanna, Iman Gariballa, Muhammad Bashir, Abdalla Zamrawy.  Please note that this office treats such requests as a Freedom of Information Act (FOIA) request.  *See generally* 4 DCMR § 723.

Pursuant to the FOIA exemption found at D.C. Code § 2-534(a)(6) (records exempt from disclosure pursuant to statute), the D.C. Human Rights Act provides that complaints filed with OHR are to be confidential, and only available to the parties after the investigation has closed and the reconsideration period has passed.  D.C. Code §§ 2-1401.02(16)(C) & 2-1402.52(c)(2) (as amended in 2023 by D.C. Law No. 24-0295) (data, documents, information, reports, and records filed with the office are not to be made public and are only available to the parties after the closure of the case and passage of the reconsideration period); 4 DCMR § 723 (private sector complaints are only to be made available to the parties after the investigation has closed and the reconsideration period has passed).  You indicated that you represented a party.  Therefore, OHR has conducted a search of its records and makes the following determinations.

Tarek Elkholy & Atef Tawfik Hanna

You indicated that you represented a party.  Therefore, OHR conducted a search for records pertaining to Tarek Elkholy and Atef Tawfik Hanna. After this reasonable search of agency databases, OHR confirms it has **no records responsive** to your FOIA Request for records pertaining to Tarek Elkholy and Atef Tawfik Hanna.  Although not responsive to your request, OHR again notes that your request references EEOC Case No. 570-2021-0113, indicating that a Charge of Discrimination may have originated with the EEOC.  OHR notes that the EEOC maintains all investigative records for cases that originated with and were investigated by the EEOC.  Therefore, to the extent you are requesting records created or produced by the EEOC, you must submit a request for access to the EEOC investigation file directly to the EEOC. Information about that process can be found on the EEOC's website. (https://www.eeoc.gov/foia).

Abdalla Zamrawy, Iman Gariballa, & Muhammad Bashir

You indicated that you represented a party.  Therefore, OHR conducted a search of its databases for records pertaining to Abdalla Zamrawy, Iman Gariballa, and Muhammad Bashir, as well.  OHR's records indicate that the relevant complaints were closed prior to docketing, and the reconsideration period has passed. Therefore, OHR **grants-in-part** your request for the investigative files in complaints against your client, the Embassy of the Kingdom of Saudi Arabia, filed by Abdalla Zamrawy, Iman Gariballa, & Muhammad Bashir, subject to the below-referenced exceptions and related redactions.

Pursuant to D.C. Code §§ 2-534(a)(2) and (a)(3)(C), information of a personal nature that would constitute an unwarranted invasion of personal privacy may be exempt from disclosure.  Thus, information such as Social Security numbers, dates of birth, personal telephone numbers or addresses, and other pertinent privacy information have been redacted. Additionally, OHR asserts the deliberative process privilege as it relates to investigative notes, plans, and inter-agency emails and memoranda, as incorporated under the inter-agency memorandum exception listed in D.C. Code § 2-534(a)(4). *See also* D.C. Code § 2-534(e) (records exempt based on deliberative process privilege, attorney work-product privilege, and/or attorney-client privilege); D.C. Code § 2-534(a)(3)(E)) (investigative records exempt to the extent that the production of such records would disclose investigative techniques and procedures not generally known); 4 DCMR § 723.3.   Accordingly, the produced documents contain all of the information within the three investigative files for the requested inquiries that do not fall within an exception.

*I will deliver responsive records in 4 emails, including this one, with a total of 3 attachments.*

1. *Attachment 1: Inquiry No. 13665 Abdalla Zamrawy*
2. *Attachment 2: Inquiry No. 13809 Iman Gariballa*
3. *Attachment 3: Inquiry No. 13848 Muhammad Bashir*

*Please confirm receipt.*

If, for any reason, you interpret this to be a denial of your request, please also know that, under D.C. Official Code § 2-537 and 1 DCMR § 412, you have the right to appeal this letter to the Mayor or to the Superior Court of the District of Columbia.  If you elect to appeal to the Mayor, your appeal must be in writing and contain "Freedom of Information Act Appeal" or "FOIA Appeal" in the subject line of the letter as well on the outside of the envelope.  The appeal must include (1) a copy of the original request; (2) a copy of any written denial; (3) a statement of the circumstances, reasons, and/or arguments advanced in support of disclosure; and (4) a daytime telephone number, and e-mail and/or U.S. Mail address at which you can be reached.  The appeal must be mailed to: Mayor's Office of Legal Counsel, 1350 Pennsylvania Avenue, N.W., Suite 407 Washington, D.C. 20004.  Electronic versions of the same information can instead be e-mailed to foia.appeals@dc.gov.  Further, a copy of all appeal materials must be forward to the Freedom of Information Officer of the involved agency or to the agency head of that agency if there is no designated Freedom of Information Officer there.  Failure to follow these administrative steps will result in delay in the processing and commencement of a response to your appeal to the Mayor.

Best Regards,


**Alexis E. Applegate (she/her)**
*FOIA Officer*

District of Columbia Office of Human Rights
441 4th Street, N.W., Suite 570N
Washington, D.C.  20001

Main: 202.727.4559

Fax: 202.727.9589

**ohr.dc.gov**
facebook.com/DCOHR
twitter.com/dchumanrights
instagram.com/dchumanrights

STATEMENT OF CONFIDENTIALITY:  The information contained in this electronic message and any attachments to it are intended for the exclusive use of the addressees and may contain confidential or privileged information.  If you are not the intended recipient, please notify the sender immediately and destroy all copies of this message and any attachments.