# EXHIBIT F

**ROYAL EMBASSY OF SAUDI ARABIA**
**WASHINGTON**





واشنطن

## Acknowledgment of Receipt of Severance Payment and Full Release of Claims

I, the undersigned, _Iman Garibalba_, a former employee of the Embassy of the Kingdom of Saudi Arabia in Washington DC, hereby acknowledge that I have received a lump sum severance payment from the Embassy in the Amount of _twenty five thousand Eighty Five_ cents _and 60_ ($ _25,385.60_ ). I also acknowledge that this amount represents full payment of the severance pay and that no part of it has been withheld by the Embassy for Federal, State, or Local tax purposes. I further agree that this amount represents a final payment by the Embassy and that I do not claim, nor does the Embassy owe me additional compensation.

I further agree to absolutely and unconditionally release, discharge, indemnify and hold harmless the Embassy from any and all claims.

IN WITNESS WHEREOF, I have hereunto set my hand this _27_ day of _October_, 2018.

Name:- _Iman Garibalba_

Signature:- _[signature]_