# EXHIBIT G

★ ★ ★ GOVERNMENT OF THE DISTRICT OF COLUMBIA
**MURIEL BOWSER, MAYOR**

March 18, 2020

Iman Gariballa

igariball@gmail.com

**OHR Inquiry Number:** 13809
**RE:** Complaint Filed on February 10, 2020

Dear Iman Gariballa:

*This letter constitutes the Office of Human Rights' (OHR) ORDER for administrative dismissal without prejudice regarding the above referenced matter. The basis for the dismissal is underlined, bolded, and indicated by a check mark below, and a further explanation is provided on the next page.*

☐ The Complainant fails to state a claim for which relief can be granted. 4 DCMR §708.1 (c).

☐ OHR cannot contact the Complainant using the contact information of record and the Complainant has not contacted OHR as follows:

 ☐ OHR was unsuccessful in its attempts on _____ and _____ to contact the Complainant by telephone, e-mail, or mail addressed to the complainant's address of record.

 ☐ The complainant has failed to contact OHR within thirty (30) days of OHR's telephone contact, e-mail, or mail. 4 DCMR §708.1 (a)-(b).

☐ The Complainant has submitted a written request to withdraw the complaint. 4 DCMR §708.1.

☐ The complaint was not filed within one (1) year of the occurrence or discovery of the alleged discriminatory practice. 4 DCMR § 702.1 (a).

☐ The Respondent no longer exists as a result of a court action. 4 DCMR § 708.1 (d).

☐ The alleged unlawful discriminatory practice did not occur within the District of Columbia. 4 DCMR §702.1 (b).

☐ The Respondent does not maintain a presence within the District of Columbia, is not substantially engaged in doing business within the District of Columbia; or is not operating an enterprise which is subject to licensing by the District of Columbia Government. 4 DCMR § 702.1 (c).

☐ OHR lacks jurisdiction over the Respondent or lacks jurisdiction for other reasons. 4 DCMR §§ 708.1 (e) and 707.1.

☐ Respondent is a housing provider exempt under D.C. Code § 2-1402.24.

✓ OHR, in the exercise of its prosecutorial discretion, dismisses this complaint for administrative convenience. *See Honig v. District of Columbia Office of Human Rights*, 388 A.2d 887, 888 (D.C. 1978).


Office of Human Rights
DISTRICT OF COLUMBIA

ohr.dc.gov   phone: (202) 727-4559   fax: (202) 727-9589   441 4th Street NW, Suite 570N, Washington, DC 20010

**Further Explanation:**

On February 10, 2020, Complainant submitted an Employment Intake Questionnaire alleging discrimination based on national origin from the Royal Embassy of Saudi Arabia. In the questionnaire, Complainant states he worked as an accountant for the embassy.

Although generally immune, foreign sovereigns are subject to U.S. and District law when engaging in "commercial activity." See 28 U.S.C. § 1605(a)(2). A foreign sovereign engages in commercial activity where it exercises only those powers that can also be exercised by private citizens, as distinct from those powers peculiar to sovereigns. See Saudi Arabia v. Nelson, 507 U.S. 349, 360 (1993) (internal citations omitted). However, the determination as to whether Complainant's employment as an accountant falls within the "commercial activity" exception is one that should be made by the Courts. See 28 U.S. Code§ 1602  Accordingly, OHR exercises its prosecutorial discretion to administratively dismiss the instant matter without making a determination on the merits.

### Private Cause of Action

OHR has administratively dismissed this matter without making a determination on the merits. Accordingly, for claims under the D.C. Human Rights Act, Complainant may file a private cause of action in the D.C. Superior Court. D.C. Code § 2-1403.16(a). The DC Human Rights Act allows claims to be filed within one (1) year from the incidents in question. D.C. Code § 2-1403.04(a). "The timely filing of a complaint with the office shall toll the running of the statute of limita-tions while the complaint is pending." D.C. Code § 2-1403.16(a). For claims under the D.C. Family & Medical Leave Act, Complainant may file a private cause of action within one year of the alleged violation.  D.C. Code § 32-510(b).  The deadline has been tolled while the complaint has been pending at OHR.  4 DCMR § 1610.3.

### Request to Reopen

A request that OHR reopen an administratively dismissed Human Rights complaint must be submitted to the OHR Director, at ohr.ogc@dc.gov, within 30 days of the date of this letter. 4 DCMR § 708.3. A complaint may be reopened by the OHR Director for good reason or in the interest of justice, based on the Director's discretion, if there has been no OHR determination on the merits. 4 DCMR § 708.4. Complainant has three (3) years from the date of service of this decision to file a Petition for Review with the D.C. Superior Court. *See Simpson v. D.C. Office of Human Rights, 597 A. 2d 392, 395 (D.C. 1991).*

### Notice Regarding Potential Federal Claims

Complainant may wish to file an employment discrimination complaint with the Equal Employment Opportu-nity Commission (EEOC) at 131 M Street, N.E., Fourth Floor, Suite 4NWO2F, Washington, DC 20507-0100, or a housing discrimination complaint with the Department of Housing and Urban Development (HUD) at http://portal.hud.gov/hudportal/HUD?sre=/topics/housing_discrimination based on the allegations contained within the complaint which OHR has dismissed. Or, if a case has already been cross-filed with the EEOC, Com-plainant may wish to contact the EEOC or to request a right to sue letter.

Sincerely,

*Michelle M. Garcia*

Michelle M. Garcia,
Interim Director



# Employment_Intake_Questionnaire Form

DC GOVERNMENT  13809

Submitted On: February 10th, 2020 @ 4:21pm

| | |
|---|---|
| **Preferred Name** | Iman Gariballa |
| **Preferred Pronouns** | she |
| **Full Address** | [redacted] |
| **Telephone** | [redacted] |
| **Telephone (W)** | |
| **Email** | igariballa@gmail.com |
| **How do you prefer we contact you?** | Mail(using address provided) |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | yes, I need my son with me because my vision is empaired |
| **Do you require language interpretation? If so, what language?** | No |
| **ARE REPRESENTED BY COUNSEL, PLEASE PROVIDE THE FOLLOWING:** | NO |
| **Email** | |
| **Name of company or organization** | Embassy of Saudi Arabia Information Office |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Mr. Saud Kabli "Director" |
| **Full Address** | 601 New Hampshire Ave NW<br>Washington<br>DC<br>20037 |
| **Telephone (H)** | 202-716-8887 |
| **Fax** | |
| **Do you feel you were discriminated against because of your:** | National origin |

| | |
|---|---|
| Please check all that apply: | Alleged violation occurred in the District of Columbia.<br>For Non-DC government employees: Alleged violation occurred one year or less - from today's date.<br>You have not commenced any other action, civil, criminal, or administrative in any other forum based on the same unlawful discriminatory practice described herein. |
| What action was taken that made you feel you were treated differently: | Hostile Work Environment<br>Failure to Accommodate (i.e Religion, Disability,) |
| Counselor's Agency | |
| Counselor's Name | |
| Counselor's Telephone Number | |
| Date You First Contacted the EEO Counselor | |
| Date of Exit Letter | |
| Full Name | Tarek Elkholy |
| Email | telkholy55@gmail.com |
| Phone Number | |
| Full Name | Miloslav Nekvasil |
| Email | milo.nekvasil@gmail.com |
| Phone Number | |
| Phone Number | |
| Full Name | Suleiman Alibahi |
| Email | suleimanalibhai@mac.com |
| Phone Number | |
| Please provide a detailed statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed. | I have discovered during past several month that colleague of Saudi heritage who has worked in our office in a clerical capacity for 6 year gets preferential treatment over myself, a non-Saudi, who has worked as an accountant and human resources person at the office for over 22 years. Discreination exists in the area of end of service compensation. |

| | |
|---|---|
| **How did you hear about the DC Office of Human Rights (check all that apply)?** | Family, Friend or Acquaintance<br>Other (Please enter referral source below) |
| **Additional Referral Information:** | Congressman Conollay's office |
| **Email Address** | |