# EXHIBIT H



GOVERNMENT OF THE DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR

April 3, 2020

Muhammad Bashir
mbashir786@gmail.com

**OHR Inquiry Number:** 13848

**RE:** Muhammad Bashir v. Armed Forces/ Embassy of Saudi Arabia, Complaint Filed on February 24, 2020

Dear Muhammad Bashir:

*This letter constitutes the Office of Human Rights' (OHR) ORDER for administrative dismissal without prejudice regarding the above referenced matter. The basis for the dismissal is underlined, bolded, and indicated by a check mark below, and a further explanation is provided on the next page.*

- ☐ The Complainant fails to state a claim for which relief can be granted. 4 DCMR §708.1 (c).
- ☐ OHR cannot contact the Complainant using the contact information of record and the Complainant has not contacted OHR as follows:
    - ☐ OHR was unsuccessful in its attempts on _____ and _____ to contact the Complainant by telephone, e-mail, or mail addressed to the complainant's address of record.
    - ☐ The complainant has failed to contact OHR within thirty (30) days of OHR's telephone contact, e-mail, or mail. 4 DCMR §708.1 (a)-(b).
- ☐ The Complainant has submitted a written request to withdraw the complaint. 4 DCMR §708.1.
- ☐ The complaint was not filed within one (1) year of the occurrence or discovery of the alleged discriminatory practice. 4 DCMR § 702.1 (a).
- ☐ The Respondent no longer exists as a result of a court action. 4 DCMR § 708.1 (d).
- ☐ The alleged unlawful discriminatory practice did not occur within the District of Columbia. 4 DCMR §702.1 (b).
- ☐ The Respondent does not maintain a presence within the District of Columbia, is not substantially engaged in doing business within the District of Columbia; or is not operating an enterprise which is subject to licensing by the District of Columbia Government. 4 DCMR § 702.1 (c).
- ☐ OHR lacks jurisdiction over the Respondent or lacks jurisdiction for other reasons. 4 DCMR §§ 708.1 (e) and 707.1.
- ☐ Respondent is a housing provider exempt under D.C. Code § 2-1402.24.
- ☑ OHR, in the exercise of its prosecutorial discretion, dismisses this complaint for administrative convenience. *See Honig v. District of Columbia Office of Human Rights*, 388 A.2d 887, 888 (D.C. 1978).



Office of Human Rights
DISTRICT OF COLUMBIA

ohr.dc.gov    phone: (202) 727-4559    fax: (202) 727-9589    441 4th Street NW, Suite 570N, Washington, DC 20010

**Further Explanation:**

On February 10, 2020, Complainant filed an Employment Intake Questionnaire alleging discrimination based on national origin against his employer, Armed Forces/ Embassy of Saudi Arabia. Complainant did not specify his job title or duties.

Although generally immune, foreign sovereigns are subject to U.S. and District law when engaging in "commercial activity." See 28 U.S.C. § 1605(a)(2). A foreign sovereign engages in commercial activity where it exercises only those powers that can also be exercised by private citizens, as distinct from those powers peculiar to sovereigns. See Saudi Arabia v. Nelson, 507 U.S. 349, 360 (1993) (internal citations omitted). However, the determination as to whether Complainant's employment within the Armed Forces and the Embassy of Saudi Arabia falls within the "commercial activity" exception is one that should be made by the Courts. See 28 U.S. Code§ 1602  Accordingly, OHR exercises its prosecutorial discretion to administratively dismiss the instant matter without making a determination on the merits.

**Private Cause of Action**

OHR has administratively dismissed this matter without making a determination on the merits. Accordingly, for claims under the D.C. Human Rights Act, Complainant may file a private cause of action in the D.C. Superior Court. D.C. Code § 2-1403.16(a). The DC Human Rights Act allows claims to be filed within one (1) year from the incidents in question. D.C. Code § 2-1403.04(a). "The timely filing of a complaint with the office shall toll the running of the statute of limita-tions while the complaint is pending." D.C. Code § 2-1403.16(a). For claims under the D.C. Family & Medical Leave Act, Complainant may file a private cause of action within one year of the alleged violation. D.C. Code § 32-510(b). The deadline has been tolled while the complaint has been pending at OHR. 4 DCMR § 1610.3.

**Request to Reopen**

A request that OHR reopen an administratively dismissed Human Rights complaint must be submitted to the OHR Director, at ohr.ogc@dc.gov, within 30 days of the date of this letter. 4 DCMR § 708.3. A complaint may be reopened by the OHR Director for good reason or in the interest of justice, based on the Director's dis-cretion, if there has been no OHR determination on the merits. 4 DCMR § 708.4. Complainant has three (3) years from the date of service of this decision to file a Petition for Review with the D.C. Superior Court. *See Simpson v. D.C. Office of Human Rights, 597 A. 2d 392, 395 (D.C. 1991).*

**Notice Regarding Potential Federal Claims**

Complainant may wish to file an employment discrimination complaint with the Equal Employment Opportu-nity Commission (EEOC) at 131 M Street, N.E., Fourth Floor, Suite 4NWO2F, Washington, DC 20507-0100, or a housing discrimination complaint with the Department of Housing and Urban Development (HUD) at http://portal.hud.gov/hudportal/HUD?sre=/topics/housing_discrimination based on the allegations contained within the complaint which OHR has dismissed. Or, if a case has already been cross-filed with the EEOC, Com-plainant may wish to contact the EEOC or to request a right to sue letter.

Sincerely,

*Michelle M. Garcia*

Michelle M. Garcia,
Interim Director



ohr.dc.gov    phone: (202) 727-4559    fax: (202) 727-9589    441 4th Street NW, Suite 570N, Washington, DC 20010

*Complainant Bashir, Muhammad*
*Inquiry No.: 13848*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on _____4/3/2020_____ (date), I caused <u>OHR's Administrative Dismissal Order</u> to be served on the following individuals via e-mail:

Muhammad Bashir
mbashir786@gmail.com

*Complainant*

OHR Enforcement Manager

OHR.EnforcementPurple@dc.gov

Deidra Precia                                    *Deidra Precia*
_____                    _____
Name                                                 Signature

# Employment Intake Questionnaire
## Complaint Questionnaire



**Office of Human Rights**

The District of Columbia Human Rights Act and its extensive list of protected traits seeks to eradicate discrimination, and promote fairness and equality in key areas that impact quality of life: employment, education, places of public accommodation and housing. You may file a discrimination complaint if you believe you have been discriminated against in employment, housing, public accommodations and educational institutions based on a protected trait in the District of Columbia (listed in the basis of complaint section below).

## Jurisdiction

To file a complaint, the alleged violation must meet the following criteria (please check the required boxes):

- ✓ It occurred in the District of Columbia.
- ✓ It occurred 365 days or less from today's date.
- ✓ You have not commenced any other action, civil, criminal or administrative based on the same unlawful discriminatory practice described herein.

## Complainant Information

**Complainant Preferred Name**
MUHAMMAD BASHIR

**Complainant Address**
[redacted]

**Complainant Telephone Number**
[redacted]

**Complainant Email Address**
MBASHIR786@GMAIL.COM

**Do you need a reasonable accommodation?**
☐ Yes   ✓ No

**If yes, please explain**

## Incident Information

**Name of Company or Organization**
ARMED FORCES/EMBASSY OF SAUDI ARABIA

**Name and Title of Principle Officer (i.e. owner or manager)**
FAHAD ABDUL RAHMAN MOHAMED ALJAHMI AIR
_AIR ATTACHEE_

**Company or Organization Address**
1001 30TH ST NW, WASHINGTON DC 20007

**Telephone Number**
202-298-1550

**Fax Number (optional)**

**Email Address of Principle Officer**

---

**What language do you prefer to communicate in?**
✓ English  ☐ Chinese  ☐ Korean  ☐ Vietnamese
☐ Amharic  ☐ French  ☐ Spanish
☐ Other: _____

**Do you require a language interpreter?**
☐ Yes  ☐ No
If yes, which language?
☐ Language indicated above
☐ Other _____

**Do you have a preferred gender pronoun (write below)?**

## Basis of Complaint

Basis is the category to which you belong or were perceived to belong and were allegedly treated differently because of. Do you feel you were discriminated against because of your (please check appropriate box or boxes):

| | | |
|---|---|---|
| ☐ Race | ☐ Disability | ☐ Religion |
| ☐ Sex | ☐ Age | ✓ National Origin |
| ☐ Personal Appearance | ☐ Color | ☐ Sexual Orientation |
| ☐ Marital Status | ☐ Matriculation | ☐ Genetic Information |
| ☐ Gender Identity or Expression | ☐ Political Affiliation | ☐ Family Responsibilities |

## Issues

- [ ] Family and Medical Leave Act
- [ ] Promotion or Lack of Promotion
- [ ] Sexual Harassment
- [ ] Hostile Work Environment
- [ ] Disclosure (DVSOS only)
- [ ] Transfer
- [ ] Failure to Accommodate
- [ ] Failure to Hire
- [ ] Discharge
- [ ] Demotion
- [ ] Discipline
- [ ] Other

## Additional Information About the Incident

I have recently discovered evidence of discrimination on the basis of national origin in the treatment of an Embassy employee of Saudi origin, who received five years of continuous salary for his disability despite being unable to continue working. In my case, I was treated differently. My kidneys failed. Instead of being merciful, I was terminated(forced to resign) on the basis of my sickness disability. Being in severe situation, struggling and fighting between life and death, I had only one choice to pick up, and that is to prefer the treatment, so I resigned under heavy pressure and continued my treatment in Davita Centre, even though I would have been able to continue working the same number of hours with only a minor modification involving coming two hours late after dialysis starting from 6.00 am to 10.00 am, which means twice a week. After treatment I always attended the office as usual. I was offered end-of-service compensation of only 2-3 months salary, which I rejected as inadequate after 22 years of service.

## DC Government Employees or Applicants Only

*Current, former, or prospective DC government employees must consult an agency EEO counselor within 180 days of the alleged discriminatory act prior to filing with OHR, except when alleging sexual harassment. OHR cannot process a complaint related to DC Government employment unless (1) you have received an exit letter from an agency EEO Counselor; or (2) 21 days have passed since the matter was called to the attention of the agency's EEO Counselor and no exit letter has been issued.*

- [ ] You have filed an informal complaint with an agency assigned EEO Officer/Counselor

Counselor Name:

Counselor Agency:

Counselor Tel Number:

Date Filed:

Date of Exit Letter:

Have you been employed with the company for at least one year and worked at least 1,000 hours?
- [x] Yes
- [ ] No

## Attorney or Counsel Information (optional)

Counsel Name

Counsel Address

Counsel Telephone Number

Counsel Fax Number

*List whom you feel can corroborate your experience and provide evidence in your support:*
Name: IMAN GARIBALLA
Phone: 703-475-6491
Email: Igariballa@gmail.com
Name:
Phone:
Email:

- [x] I want to file a charge of discrimination, and I authorize OHR to investigate the discrimination I described above. **I understand the agency must give the employer, union, or employment agency I accuse of discrimination information about the charge, including my name.**
- [x] I acknowledge OHR will also investigate additional claims using other civil rights laws in the District of Columbia.

**Complainant Signature:**
*(type initials if a digital submission)*

/s/ Bashir

## How did you find out about the Office of Human Rights?

- [x] Family or Friend
- [ ] DC Government or 311
- [ ] OHR Advertisement
- [ ] OHR Social Media
- [ ] OHR Brochure or Flyer
- [ ] OHR Website or Internet
- [ ] Event or Training
- [ ] Lawyer/Community Org
- [ ] Other:

Please return this form by mail or in-person to 441 4th Street NW, Suite 570N, Washington DC, 20001 or by email to ohr.intake@dc.gov.

