# EXHIBIT I



★ ★ ★  GOVERNMENT OF THE DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR

January **31**, 2020

Abdalla Zamrawy

~~[REDACTED]~~

nobazam@yahoo.com

**OHR Inquiry Number:** 13665
**RE:** Complaint Filed on January 10, 2020

Dear Abdalla Zamrawy:

This letter constitutes the Office of Human Rights' (OHR) ORDER for administrative dismissal without prejudice regarding the above referenced matter. The basis for the dismissal is underlined, bolded, and indicated by a check mark below, and a further explanation is provided on the next page.

☐ The Complainant fails to state a claim for which relief can be granted. 4 DCMR §708.1 (c).

☐ OHR cannot contact the Complainant using the contact information of record and the Complainant has not contacted OHR as follows:

  ☐ OHR was unsuccessful in its attempts on _____ and _____ to contact the Complainant by telephone, e-mail, or mail addressed to the complainant's address of record.

  ☐ The complainant has failed to contact OHR within thirty (30) days of OHR's telephone contact, e-mail, or mail. 4 DCMR §708.1 (a)-(b).

☐ The Complainant has submitted a written request to withdraw the complaint. 4 DCMR §708.1.

☐ The complaint was not filed within one (1) year of the occurrence or discovery of the alleged discriminatory practice. 4 DCMR § 702.1 (a).

☐ The Respondent no longer exists as a result of a court action. 4 DCMR § 708.1 (d).

☐ The alleged unlawful discriminatory practice did not occur within the District of Columbia. 4 DCMR §702.1 (b).

☐ The Respondent does not maintain a presence within the District of Columbia, is not substantially engaged in doing business within the District of Columbia; or is not operating an enterprise which is subject to licensing by the District of Columbia Government. 4 DCMR § 702.1 (c).

☐ OHR lacks jurisdiction over the Respondent or lacks jurisdiction for other reasons. 4 DCMR §§ 708.1 (e) and 707.1.

☐ Respondent is a housing provider exempt under D.C. Code § 2-1402.24.

✓ OHR, in the exercise of its prosecutorial discretion, dismisses this complaint for administrative convenience. See *Honig v. District of Columbia Office of Human Rights*, 388 A.2d 887, 888 (D.C. 1978).

---



Office of Human Rights
DISTRICT OF COLUMBIA

ohr.dc.gov    phone: (202) 727-4559    fax: (202) 727-9589    441 4th Street NW, Suite 570N, Washington, DC 20010

**Further Explanation:**

On January 10, 2020, Complainant submitted an Employment Intake Questionnaire alleging discrimination based on national origin, age, and disability against his employer, Royal Embassy of Saudi Arabia. In the questionnaire, Complainant states he worked as a driver for the embassy.

Although generally immune, foreign sovereigns are subject to U.S. and District law when engaging in "commercial activity." See 28 U.S.C. § 1605(a)(2); 22 U.S.C. § 288(a). A foreign sovereign engages in commercial activity where it exercises only those powers that can also be exercised by private citizens, as distinct from those powers peculiar to sovereigns. See Saudi Arabia v. Nelson, 507 U.S. 349, 360 (1993) (internal citations omitted).

However, OHR exercises its prosecutorial discretion to administratively dismiss the instant matter because the determination as to whether Complainant's employment as a driver falls within the "commercial activity" exception is one that should be made by the Court. Accordingly, OHR administratively dismisses this matter without making a determination on the merits.

**Private Cause of Action**

OHR has administratively dismissed this matter without making a determination on the merits. Accordingly, for claims under the D.C. Human Rights Act, Complainant may file a private cause of action in the D.C. Superior Court. D.C. Code § 2-1403.16(a). The DC Human Rights Act allows claims to be filed within one (1) year from the incidents in question. D.C. Code § 2-1403.04(a). "The timely filing of a complaint with the office shall toll the running of the statute of limita-tions while the complaint is pending." D.C. Code § 2-1403.16(a). For claims under the D.C. Family & Medical Leave Act, Complainant may file a private cause of action within one year of the alleged violation. D.C. Code § 32-510(b). The deadline has been tolled while the complaint has been pending at OHR. 4 DCMR § 1610.3.

**Request to Reopen**

A request that OHR reopen an administratively dismissed Human Rights complaint must be submitted to the OHR Director, at ohr.ogc@dc.gov, within 30 days of the date of this letter. 4 DCMR § 708.3. A complaint may be reopened by the OHR Director for good reason or in the interest of justice, based on the Director's dis-cretion, if there has been no OHR determination on the merits. 4 DCMR § 708.4. Complainant has three (3) years from the date of service of this decision to file a Petition for Review with the D.C. Superior Court. See *Simpson v. D.C. Office of Human Rights, 597 A. 2d 392, 395 (D.C. 1991).*

**Notice Regarding Potential Federal Claims**

Complainant may wish to file an employment discrimination complaint with the Equal Employment Opportu-nity Commission (EEOC) at 131 M Street, N.E., Fourth Floor, Suite 4NWO2F, Washington, DC 20507-0100, or a housing discrimination complaint with the Department of Housing and Urban Development (HUD) at http://portal.hud.gov/hudportal/HUD?sre=/topics/housing_discrimination based on the allegations contained within the complaint which OHR has dismissed. Or, if a case has already been cross-filed with the EEOC, Com-plainant may wish to contact the EEOC or to request a right to sue letter.

Sincerely,

Monica Palacio,
Director



**Office of Human Rights**
DISTRICT OF COLUMBIA

ohr.dc.gov    phone: (202) 727-4559    fax: (202) 727-9589    441 4th Street NW, Suite 570N, Washington, DC 20010

# Employment Intake Questionnaire
## Complaint Questionnaire


Office of Human Rights
DISTRICT OF COLUMBIA

The District of Columbia Human Rights Act and its extensive list of protected traits seeks to eradicate discrimination, and promote fairness and equality in key areas that impact quality of life: employment, education, places of public accommodation and housing. You may file a discrimination complaint if you believe you have been discriminated against in employment, housing, public accommodations and educational institutions based on a protected trait in the District of Columbia (listed in the basis of complaint section below). An* denotes a required field. OHR will not accept forms that do not have this information.

## Jurisdiction

To file a complaint, the alleged violation must meet the following criteria (please check the required boxes):

- [x] It occurred in the District of Columbia.
- [x] It occurred 365 days or less from today's date.
- [x] You have not commenced any other action, civil, criminal or administrative in any other forum based on the same unlawful discriminatory practice described herein.

## Complainant Information

**Complainant Preferred Name*** Abdalla Zamrawy

**Complainant Address*** [redacted]

**Complainant Telephone Number*** [redacted]

**Complainant Email Address** NOBAZAM@yahoo.com

**Do you need a reasonable accommodation?**
- [ ] Yes
- [x] No

If yes, please explain

**What language do you prefer to communicate in?**
- [ ] English
- [ ] Chinese
- [ ] Korean
- [ ] Vietnamese
- [ ] Amharic
- [ ] French
- [ ] Spanish
- [x] Other: Arabic

**Do you require a language interpreter?**
- [x] Yes
- [ ] No

If yes, which language?
- [ ] Language indicated above
- [x] Other: Arabic

**Do you have a preferred gender pronoun (write below)?**
He

## Incident Information

**Name of Company or Organization*** Royal Embassy of Saudi Arabia

**Name and Title of Principle Officer (i.e. owner or manager)** Mr Marzouk Alotaibi

**Company or Organization Address*** 601 New Hampshire Avenue NW Washington DC 20037

**Telephone Number*** 202-342-3800       Cell 705-309-2711

**Fax Number (optional)**

**Email Address of Principle Officer** Saad89101@gmail.com  mlalotaibi@saudiembassy.net

## Basis of Complaint

Basis is the category to which you belong or were perceived to belong and were allegedly treated differently because of. Do you feel you were discriminated against because of your (please check appropriate box or boxes):

- [ ] Race
- [x] Disability
- [ ] Religion
- [ ] Sex
- [x] Age
- [x] National Origin
- [ ] Personal Appearance
- [ ] Color
- [ ] Sexual Orientation
- [ ] Marital Status
- [ ] Matriculation
- [ ] Genetic Information
- [ ] Gender Identity or Expression
- [ ] Political Affiliation
- [ ] Family Responsibilities
- [ ] Retaliation
- [ ] Status as Victim/Family Member of Victim Domestic Violence, Sexual Offense, or Stalking (DVSOS)

## Issues

- [ ] Family and Medical Leave Act
- [ ] Promotion or Lack of Promotion
- [ ] Sexual Harassment
- [x] Hostile Work Environment
- [ ] Disclosure (DVSOS only)
- [ ] Transfer
- [x] Failure to Accommodate
- [ ] Failure to Hire
- [ ] Discharge
- [ ] Demotion
- [ ] Discipline
- [ ] Other

## Additional Information About the Incident

① Discovery that I was terminated to replace me with a younger driver.

② Terminated because I was unable to perform personal work for boss because of bad back.

③ Denied health insurance, annual increase, and offered different end of service comp from Saudi's

### DC Government Employees or Applicants Only

Current, former, or prospective DC government employees must consult an agency EEO counselor within 180 days of the alleged discriminatory act prior to filing with OHR, except when alleging sexual harassment. OHR cannot process a complaint related to DC Government employment unless (1) you have received an exit letter from an agency EEO Counselor; or (2) 21 days have passed since the matter was called to the attention of the agency's EEO Counselor and no exit letter has been issued.

- [ ] You have filed an informal complaint with an agency assigned EEO Officer/Counselor

Counselor Name:

Counselor Agency:

Counselor Tel Number:

Date Filed:

Date of Exit Letter:

Have you been employed with the company for at least one year and worked at least 1,000 hours?
- [x] Yes
- [ ] No

### Attorney or Counsel Information (optional)

Counsel Name

Counsel Address

Counsel Telephone Number

Counsel Fax Number

List whom you feel can corroborate your experience and provide evidence in your support:

Name: Tarek Elkholy
Phone: ███████████
Email: Telkholy55@gmail.com

Name: Tarek A. Zamzamy
Phone: ███████████
Email: Nosazamy@yahoo.com

☑ I want to file a charge of discrimination, and I authorize OHR to investigate the discrimination I described above. I understand the agency must give the employer, union, or employment agency I accuse of discrimination information about the charge, including my name.

☑ I acknowledge OHR will also investigate additional claims using other civil rights laws in the District of Columbia.

Complainant Signature:
(type initials if a digital submission)

[signature]

### How did you find out about the Office of Human Rights?

- [x] Family or Friend
- [ ] DC Government or 311
- [ ] OHR Advertisement
- [ ] OHR Social Media
- [ ] OHR Brochure or Flyer
- [ ] OHR Website or Internet
- [ ] Event or Training
- [ ] Lawyer/Community Org
- [ ] Other:

Please return this form by mail or in-person to 441 4th Street NW, Suite 570N, Washington DC, 20001 or by email to ohr.intake@dc.gov.



To: Office of Human Rights
441 4th St NW, Suite 570N
Wahington DC, 20001

Abdalla Zamrawy