# EXHIBIT J

# U.S. Equal Employment Opportunity Commission

## Notification & Acknowledgement
## of Dual-Filed Charge

### (This Notice replaces EEOC FORM 212-A)

## DIGITAL CHARGE SYSTEM

08/11/2021
EEOC Number: 570-2021-01131C
FEPA Number:

This is notice that a charge of employment discrimination, Tarek Elkholy v. ROYAL EMBASSY OF SAUDI ARABIA was initially received by Washington Field Office on 04/14/2021, and will be dual-filed with D.C. Office Of Human Rights.

Pursuant to the work sharing agreement, the Washington Field Office will Investigate Charge.

The D.C. Office Of Human Rights acknowledges receipt of the referenced charge, Tarek Elkholy v. ROYAL EMBASSY OF SAUDI ARABIA, and intends to Will Not File for the following reason:

OHR exercises its prosecutorial discretion not to accept complaints against embassies, as determinations as to whether an embassy has sovereign immunity against a complainant's complaint should be made by the courts.

| Issued by: | Date: |
|---|---|
| Melanie CummingsRuiz, I7<br>Washington Field Office | 08/11/2021 |

| Acknowledged by: | Date: |
|---|---|
| Jaime Wojdowski, FX<br>D.C. Office Of Human Rights | 08/11/2021 |