IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAREK ELKHOLY**, *et al.*,               ) | |
| )  | |
| *Plaintiffs*,               ) | |
| )  | |
| v.               ) | Civil Action No.: 1:23-cv-00306-RBW |
| )  | |
| **THE ROYAL EMBASSY OF THE**               ) | |
| **KINGDOM OF SAUDI ARABIA**, *et al.*,               ) | |
| )  | |
| *Defendants*.               ) | |
| )  | |

## ORDER

UPON consideration of the Motion to Dismiss and to Strike filed by Defendants, the Royal Embassy of the Kingdom of the Kingdom of Saudi Arabia and the Kingdom of Saudi Arabia, and the Court having found good cause exists to support the Motion, it is hereby ORDERED that the Complaint is dismissed in its entirety and with prejudice as to all claims asserted against Defendants and that, as a consequence, Defendants' motion to strike is deemed moot.

Date:_____

_____
Hon. Reggie B. Walton
United States District Judge

Attorneys of Record to Be Notified of this Order:

Sylvia J. Rolinski, Esq.
Rolinski Law Group, LLC
14915 River Road
Potomac, MD 20854
T: (301) 987-0202 (ext. 1)
F: (301) 263-7100
SJR@Rolinski.com
*Attorney for Plaintiffs*

Edward Lee Isler, Esq.
Lori H. Turner, Esq.
Micah E. Ticatch, Esq.
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690
(703) 748-2695 (fax)
eisler@islerdare.com
lturner@islerdare.com
mticatch@islerdare.com
*Attorneys Appearing Specially for Defendants The Royal Embassy of the Kingdom of Saudi Arabia and The Kingdom of Saudi Arabia*