# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Tarek Elkholy**, *et al.*, ) | |
|     **Plaintiffs,** ) | |
|     v. ) | **Civil Action No.:23-306** |
| **THE ROYAL EMBASSY OF THE KINGDOM OF** ) | |
| **SAUDI ARABIA**, *et al.*, ) | |
|     **Defendants.** ) | |
| ) | |

## ORDER

Upon consideration of Defendants Motion to Dismiss Plaintiffs Complaint and Motion to Strike Plaintiffs Punitive Damages Demand, Plaintiffs opposition thereto, the record herein, and for good cause having been shown, it is this _____ day of _____, 2024, hereby

**ORDERED**, that Defendants Motion to Dismiss Plaintiffs Complaint and Motion to Strike Plaintiffs Punitive Damages Demand is hereby DENIED; and it is

**FURTHER ORDERED**, that Plaintiffs motion for leave to file an Amended Complaint is hereby GRANTED and shall be filed within 60 days of entry of this order.

                                              SO ORDERED

.

                                              Judge Reggie B. Walton
                                              United States District Court
                                              for the District of Columbia

ECF service to all counsel of record