**From:** noreply@eeoc.gov
**Date:** May 10, 2021 at 9:04:09 PM EDT
**To:** atefhannadc@gmail.com
**Subject: Notice of Scheduled Interview**

You are scheduled for an interview by Phone with the Equal Employment Opportunity Commission (EEOC) regarding your inquiry **570-2021-01420**. This email confirms your appointment with an EEOC representative of the **Washington** office for **08/04/2021 at 09:00 AM EDT**.

On the day of your interview, please have the password for your EEOC Public Portal user account with you

Before your interview, please visit **EEOC Public Portal** as soon as possible to provide additional information about your inquiry. Providing additional information is optional, but can help make the interview more productive and efficient. You may add or edit the additional information up until you have your interview with EEOC. The information you provide is confidential and will not be disclosed to your employer during an investigation.

ANSWERING THESE QUESTIONS IS NOT THE