**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TAREK ELKHOLY, <u>et al.</u>, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-306 (RBW) |
| | ) | |
| ROYAL EMBASSY OF THE KINGDOM | ) | |
| OF SAUDI ARABIA, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>ORDER</u>**

In accordance with the Memorandum Opinion issued by the Court on this same date, it is

hereby

**ORDERED** that the Defendants' (Appearing Specially) Motion to Dismiss the

Complaint and Motion to Strike Punitive Damages Demand, ECF No. 29, is **GRANTED IN**

**PART AND DENIED AS MOOT IN PART**.  The motion is **GRANTED** to the extent that it

seeks to: (1) dismiss without prejudice the claims brought by plaintiffs Elkholy, Hanna,

Zamrawy, and Bashir on <u>forum non conveniens</u> grounds; and (2) dismiss plaintiff Gariballa's

claims for failure to state a claim.  The motion is **DENIED AS MOOT** in all other respects.  It is

further

**ORDERED** that the plaintiffs' Complaint, ECF No. 1, is **DISMISSED WITHOUT**

**PREJUDICE** as to plaintiffs Elkholy, Hanna, Zamrawy, and Bashir on <u>forum non conveniens</u>

grounds, consistent with the forum selection clauses in these plaintiffs' employment contracts.  It

is further

**ORDERED** that the plaintiffs' Complaint, ECF No. 1, is **DISMISSED** as to plaintiff Gariballa's claims.  It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 28th day of July, 2026.

REGGIE B. WALTON
United States District Judge